PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

### For The
### District of New Jersey

UNITED STATES OF AMERICA

v.

Crim. No.   2:06CR00910

Bruce Shapiro

On July 17, 2007, the above-named was placed on probation for a period of two years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

*Nancy Hildner*

Senior U.S. Probation Officer  
Nancy Hildner

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this 11th day of May, 2009.

United States District Judge